# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

jandrophy@faillacelaw.com

April 2, 2018

**VIA ECF**
Honorable William H. Pauley
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

　　　　　　Re:　Camacho v. The Diamond Property Group Inc.,
　　　　　　　　　17-cv-4247 (WHP) (KNF)

Your Honor,

　　　This firm represents the Plaintiff Joel Camacho in the above-referenced matter. Submitted herewith please find the executed settlement agreement, with all pages in the correct order. We had previously submitted the executed agreement with pages out of order. (Dkt No. 49-1) Please also note that there is no paragraph 5 to the agreement; its absence is an error in the preparation of the agreement and not the result of an omission of a page in the agreement. We apologize for the error and any confusion.

　　　The parties thank the Court for its attention to this matter.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Joshua S. Androphy
　　　　　　　　　　　　　　　　　　　　　Joshua S. Androphy
　　　　　　　　　　　　　　　　　　　　　MICHAEL FAILLACE & ASSOCIATES, P.C.
　　　　　　　　　　　　　　　　　　　　　Attorneys for the Plaintiff

Enclosure: Settlement Agreement